IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
GOLF TRAVEL, LLC,                   *
                                    *
     Plaintiff,                     *
                                    *
     v.                             *    CV 121-063
                                    *
JOSEPH MULLINS; MULLINS SPORTS      *
AND ENTERTAINMENT, LLC; JOHN        *
DOE 1-10; and ABC CORP 1-20,        *
                                    *
     Defendants.                    *
```

## O R D E R

Before the Court is Defendants Joseph Mullins and Mullins Sports and Entertainment, LLC's partial motion to dismiss. (Doc. 7.) This motion to dismiss was filed on May 21, 2021. On June 4, 2021, Plaintiff filed an amended complaint against all Defendants. (Doc. 10.) It is well established that "[a]n amended complaint supersedes the original complaint, and thus renders moot a motion to dismiss the original complaint." S. Pilot Ins. Co. v. CECS, Inc., 15 F. Supp. 3d 1284, 1287 n.1 (N.D. Ga. 2013) (citing Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006)).

Accordingly, **IT IS HEREBY ORDERED** that Defendants Joseph Mullins and Mullins Sports and Entertainment, LLC's motion to dismiss (Doc. 7) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of June, 2021.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```

2