IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOLF TRAVEL, LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOSEPH MULLINS; MULLINS SPORTS AND  )<br>ENTERTAINMENT, LLC; JOHN DOE 1-10; ABC  )<br>CORP 1-20;  )<br>  )<br>Defendants.  ) | Civil Action File<br><br>No.: 1:21-cv-00063-JRH-BKE<br><br>**Jury Trial Demanded** |

**JOINT STATUS REPORT**
_____

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?
   ☐ YES   ☒ NO

2. If the parties answered yes to question 1, do the parties prefer (a) a private mediator; or (b) a magistrate or bankruptcy judge?
   ☐ Private Mediator   ☐ Magistrate or Bankruptcy Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

   N/A

4. If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

   N/A

This 21st day of November 2022.

| | |
|---|---|
| */s/Randolph Frails*<br>**Randolph Frails**<br>Georgia Bar No. 272729<br>**Tameka Haynes**<br>Georgia Bar No. 453026<br>*Attorneys for Defendants* | */s/John T. Sparks, Sr.*<br>**John T. Sparks, Sr.**<br>Georgia Bar No. 669575<br><br>*Attorney for Plaintiff* |

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

**Austin & Sparks, P.C.**
2974 Lookout Place, N.E., Suite 200
Atlanta, GA 30305-3272
Phone: 404-869-0100
Fax: 404-869-0200
jsparks@austinsparks.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOLF TRAVEL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) |
| | ) No. 1:21-cv-00063-JRH-BKE |
| JOSEPH MULLINS; MULLINS SPORTS | ) |
| AND ENTERTAINMENT, LLC; JOHN | ) **JURY TRIAL DEMANDED** |
| DOE 1-10; ABC CORP 1-20, | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the **JOINT STATUS REPORT** to counsel of record listed below via electronic mail through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Randolph Frails, Esq.
Tameka Haynes, Esq.
Frails & Wilson
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

Respectfully submitted this 21st day of November 2022.

AUSTIN & SPARKS, P.C.

By: */s/John T. Sparks, Sr.*
John T. Sparks, Sr.
Georgia Bar No. 669575
Attorneys for Plaintiff

2974 Lookout Place, Suite 200
Atlanta, Georgia 30305-3272
(404) 869-0100, (404) 869-0200 Facsimile
jsparks@austinsparks.com