IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOLF TRAVEL, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSEPH MULLINS, MULLINS SPORTS AND ENTERTAINMENT, LLC, JOHN DOE 1-10, ABC CORP 1-20,<br><br>  Defendants. | CASE NO.: 1:21-CV-63 |

## **MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants and file this Motion for Summary Judgment pursuant to Fed. R. Civ. Pro. 56. In support of this Motion, Defendants rely on their Statement of Material Facts and Brief in Support of Defendants' Motion for Summary Judgment filed contemporaneously herewith.

Respectfully submitted this 4th day of January 2023.

                                        /s/Tameka Haynes
                                        **Randolph Frails**
                                        Georgia Bar No. 272729
                                        **Tameka Haynes**
                                        Georgia Bar No. 453026

                                        *Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com