

# Masters Tickets

## Ticket Information

Practice Rounds Tickets and a **limited** number of Daily Tournament Tickets are available this year. Practice Rounds and Daily Tournament tickets are sold in advance, through a selection process, only after receipt of an online application. Only one application per person / address will be accepted (i.e., one per household / family residing together). Only apply from your permanent residential address. Do not apply from a student, temporary, second home or business address. Do not apply for tickets on behalf of a friend or relative, as a gift, or to sell. By completing the application you certify these tickets are for your personal use. Duplicate applications or applications which are subsequently determined to have false or misleading information will not be given consideration or may have any offer of tickets withdrawn. All applicants must be 21 years of age or older. No applications will be accepted through the mail. **Applicants may apply for any and all days, however, are eligible to win only one day.**

We have recently completed enhancements to our online application process. To ensure the best user experience, you may be asked to reset your account password upon entering a new application for 2023.

**PRACTICE ROUNDS TICKETS**
Practice Rounds tickets are daily grounds passes valid for one of the three Practice Round days (Monday, Tuesday or Wednesday). Practice Rounds tickets for Monday, Tuesday, or Wednesday cost $100 each plus any appropriate shipping and handling, if applicable.

DAILY TOURNAMENT TICKETS

Daily Tournament tickets are daily grounds passes valid for one of the four Tournament days (Thursday, Friday, Saturday or Sunday). Daily Tournament tickets cost $140 each plus any appropriate shipping and handling, if applicable.

The application deadline for both Practice Rounds and Daily Tournament tickets for the 2023 Masters® Tournament is June 21, 2022. Daily Tournament tickets will be awarded first. Anyone not selected for Daily tickets, who also applied for Practice Rounds, will then be included in the selection for Practice Rounds tickets. All applicants will be notified in late July via email when the random selection process is completed.

**Series Badge Patrons (those individuals currently on our Patrons List receiving badges each year), employees, and other Related ANGC parties are not eligible to apply for Daily Tournament tickets. They may however apply for Practice Rounds tickets.**

No additional tickets/badges will be sold at the Masters® Tournament gates. Persons of all ages must have a ticket to gain entry to the grounds. Patron Tickets will be limited to a total of two entries per day.

Applications for Practice Rounds and Daily Tournament tickets are only good for the next upcoming Tournament. If you would like to be considered for credentials in future years, you will need to re-apply.

This is not a sweepstakes or "give-away," but rather, a pre-qualification drawing from those persons wishing to purchase tickets to the Masters® Tournament. No purchase is necessary to submit your request online; however, should you be notified that your name has been selected to purchase tickets, you will be required to make your payment in full.

For additional information regarding ticketing please contact the Masters Tournament Ticket Office at 706-667-6700.