

 

Subsc

**TRENDING**   Pat Perez Blasts Tiger Woods Over Comments On LIV Golf   Why Q-School Should Be Televised   Best Drivers For S

Golf Monthly is supported by its audience. When you purchase through links on our site, we may earn an affiliate commission. *Here's why you can trust us*.

Home   >   Tour   >   The Masters

# How Much Does It Cost To Go To The Masters?

A look at what entry to one of the most prestigious events in world sport costs

     |   Newsletter



(Image credit: Getty Images)



BY MIKE HALL
LAST UPDATED JUNE 08, 2022

The Masters is one of the most exclusive sports events in the world, so it's no surprise that tickets can be hard to come by. Indeed, even the tickets for the practice round are highly sought after and, like daily tournament tickets, are issued on a random basis.

Daily tournament tickets are issued first, and anyone who misses out is then entered into the practice round ticket selection, provided they applied for both. There are strict rules surrounding ticket applications, too. For example, applicants must be 21 or over (although

children can attend). Meanwhile, only one person per household can apply. Additionally, applications from a student or temporary address, second home, or business address are not permitted, and you can't apply on behalf of anyone else, sell or gift the tickets. You can apply for each day. However, the applicant is only permitted to attend one of the days.

Assuming you haven't fallen foul of any of the application rules, practice round tickets cost $75 each plus additional shipping and handling costs. Unsurprisingly, tickets for the tournament proper are more expensive, at $115. Despite that stipulation not to gift or sell tickets, some do still enter the resale market, where you can expect to pay upwards of $1,000 for a practice round ticket to as much as $4,000 for a ticket to the final round of the tournament.

Sponsored Links

**Basketball Star Jalen Brunson's Favorite Fall Styles**
Faherty Brand

One unlikely way of scoring entry to all four days of the tournament is to acquire a series e is a prized possession at an eye-catchingly low $375 per year, and holders can keep it fo eight and 16 can attend for free if a patron series badge holder accompanies them. Howe the last time Augusta National re-opened the waiting list was in 2000. Also, on the death transferred to a surviving spouse.



(Image credit: Getty Images)

If you missed out on the ticket lottery, can't afford those secondary market prices, and can't get your hands on a patron series badge, there is another option - waiting in the car park to see if you can persuade someone leaving for the day to hand you their ticket. Every ticket is limited to two re-entries per round, so if your powers of persuasion are up to the challenge, it could be worth a try.

## HOW HARD IS IT TO GET MASTERS TICKETS?

Tickets to The Masters fall just behind the Super Bowl in terms of difficulty to acquire. If you're a patron or win the annual ticket lottery, you can get one for as low as $75. However, tickets are scarce, so many people face the cost of thousands on the secondary market.

### HOW DO YOU GET PICKED FOR MASTERS TICKETS?

Visit The Masters ticket lottery website and create your account. Then, choose which day you would like to apply for. You can choose up to four practice round tickets but only two tournament tickets. You'll be notified by email if your application has been successful.

### CAN YOU SELL MASTERS TICKETS?

Tickets are not permitted to be sold, transferred, rented, or packaged in conjunction with any other thing of value. Any ticket contravening those provisions will not be honoured, and the holder won't be able to use the tickets.

Things You Didn't Know About The Masters

PLAY SOUND



**Mike Hall**
Freelance Staff Writer

Mike has over 25 years of experience in journalism, including writing on a range of sports throughout that time, such as golf, football and cricket. Now a freelance staff writer for Golf Monthly,

he is dedicated to covering the game's most newsworthy stories.

He has written hundreds of articles on the game, from features offering insights into how members of the public can play some of the world's most revered courses, to breaking news stories affecting everything from the PGA Tour and LIV Golf to developmental Tours and the amateur game.

Mike grew up in East Yorkshire and began his career in journalism in 1997. He then moved to London in 2003 as his career flourished, and nowadays resides in New Brunswick, Canada, where he and his wife raise their young family less than a mile from his local course.

Kevin Cook's acclaimed 2007 biography, Tommy's Honour, about golf's founding father and son, remains one of his all-time favourite sports books.

---

### LIV Golf Announces Six New Signings
The Greg Norman-fronted Series has revealed its latest signings as the venture continues to gain momentum
**Golf Monthly**

### Basketball Star Jalen Brunson's Favorite Fall Styles
**Faherty Brand** | Sponsored

## LATEST



### CME Group Tour Championship Purse, Prize Money And Field
The world's best players compete for a record purse at Tiburon Golf Club in Florida
BY MIKE HALL • PUBLISHED 1 DAY AGO

### RSM Classic Purse, Prize Money And Field
The PGA Tour moves to Georgia for the RSM Classic, where a new champion will be crowned to succeed Talor Gooch