





00563

By accepting a Ticket or Credential ("Ticket"), a Ticket Holder certifies that he or she has accepted each of the terms and conditions of this Agreement. **A.** Tickets are valid only for the date indicated on face of the Ticket. Augusta National, Inc. (ANI) reserves the right to suspend the Tournament or close the golf course because of adverse weather conditions or for other safety reasons. In such situations, no refunds, rain checks, exchanges or replacements will be made. **B.** The Ticket is a limited license, which may be revoked by ANI at any time with or without cause at the discretion of ANI. All ANI and Tournament policies, signs, verbal instructions of Tournament officials, and traditional customs of etiquette, proper attire, decorum and behavior must be observed at all times. Protests of all types are forbidden. A copy of all Tournament ticket policies are available at Masters.com, will be posted at entrances to the Tournament and are incorporated herein. **C.** ELECTRONIC DEVICES (INCLUDING PHONES, LAPTOPS, TABLETS, AND BEEPERS) ARE STRICTLY PROHIBITED ON THE GROUNDS AT ALL TIMES. ANY DEVICE BEING USED TO RECORD AND/OR TRANSMIT VOICE, VIDEO, OR DATA IS STRICTLY PROHIBITED. CAMERAS ARE STRICTLY PROHIBITED ON TOURNAMENT DAYS. **D.** ANI is the only authorized source/seller of Masters® Tickets. Ticket(s) may not be offered for sale, sold or rented through/to third party resellers including, but not limited to, ticket brokers, travel agents, hospitality entities or scalpers. Holders of Tickets acquired from such parties, by whatever means, may be excluded from attendance to the Tournament. Offers for sale, re-sale or other transfer of Ticket(s) for a value in excess of face value is prohibited by this Agreement and also is restricted by Georgia law O.C.G.A. § 43-4B-25, et seq. Ticket(s) may not be used for advertising or promotional purposes (such as prizes, raffles, auctions, contests, or sweepstakes). A Ticket obtained in contravention of these provisions will not be honored and the original Ticket Purchaser subject to the permanent loss of Ticket(s). **E.** This Agreement and the purchase of tickets do not entitle Ticket Purchaser to receive future Tournament tickets and no rights of renewal, expectation or property rights exist or should be implied. **F.** The Ticket Purchaser is responsible for explaining all provisions of this Agreement to any subsequent user or Holder of the Ticket ("Ticket Holder" or "Holder"), and is responsible for the conduct of any such Ticket Holder. A Ticket Holder is subject to all terms of this Agreement. **G.** All risks customarily associated with golf tournaments, including without limitation, being hit by a golf ball or golf club, being struck by lightning, slipping and falling are assumed by Ticket Purchaser and Holder. ANI, its officers, employees, volunteers, agents and all Tournament participants are released from any claims of liability arising from such causes.
**H.** ANI and such third parties it may authorize are granted permission to use, without compensation, videotape, film, photographs or other images or likenesses of Ticket Purchaser and Holder. **I.** Images of Augusta National Golf Club or the Masters Tournament, or data obtained with cameras, videos, and/or audio devices or other means cannot be used for broadcast, publication or any commercial purposes under any circumstances. **J.** For security purposes, Ticket Purchaser and Holder consent to the reasonable inspection of his/her person and property, including electronic scanning, before entering and/or while on the grounds. Refusal of such an inspection or possession of prohibited items will result in exclusion/removal from the Tournament and the grounds and Ticket Purchaser's permanent loss of the Ticket(s). **K.** Any claim or dispute arising hereunder, or from use of Ticket, shall be governed by Georgia law and shall be brought, exclusively, in the Civil or Magistrate Courts of Richmond County, Georgia unless involving a sum or matter outside of their jurisdictional limits, in which case it shall be resolved by arbitration under the Federal Arbitration Act in accordance with the applicable American Arbitration Association rules. No joinder of claims or class action is permitted. **FAILURE TO OBSERVE ANY OF THE TERMS OR PROVISIONS HEREOF OR ANY TOURNAMENT TICKET POLICIES MAY RESULT IN THE TICKET PURCHASER'S OR HOLDERS REMOVAL OR EXCLUSION FROM THE TOURNAMENT AND THE ORIGINAL TICKET PURCHASER'S PERMANENT LOSS OF TICKET(S). A REVOCATION OF TICKETS MAY ENTITLE THE TICKET PURCHASER TO A PRO RATA REFUND, BASED ON CURRENT YEAR USAGE, WITHIN 60 DAYS OF THE TOURNAMENT.**

"In golf, customs of etiquette and decorum are just as important as rules governing play. It is appropriate for spectators to applaud successful strokes in proportion to difficulty but excessive demonstrations by a player or his partisans are not proper because of the possible effect upon other competitors. Most distressing to those who love the game of golf is the applauding or cheering of misplays or misfortunes of a player. Such occurrences have been rare at the Masters but we must eliminate them entirely if our patrons are to continue to merit their reputation as the most knowledgeable and considerate in the world."

ROBERT TYRE JONES, JR.
PRESIDENT IN PERPETUITY
AUGUSTA NATIONAL GOLF CLUB

