

# Masters Tickets

## Masters® Golf Tournament And Ticket Policies

Tickets are valid only for the date indicated on face of the Ticket. Augusta National, Inc. (ANI) reserves the right to suspend the Tournament or close the golf course because of adverse weather conditions or for other safety reasons. In such situations, no refunds, rain checks, exchanges or replacements will be made.

The Ticket is a limited license, which may be revoked by ANI at any time with or without cause at the discretion of ANI.

All ANI and Tournament policies, signs, verbal instructions of Tournament officials, and traditional customs of etiquette, proper attire, decorum and behavior must be observed at all times. Although cheering and positive patron responses to great play are encouraged, unsolicited or consistent calls from the gallery are prohibited.

Protests of all types are forbidden.

For the safety of everyone, and in keeping with policy established at major sporting events, running is considered to be unacceptable behavior.

In fairness to a spectator's access and viewing, only one folding stool/seat will be allowed per person entering the grounds. Seats in the observation stands are not to be reserved and stools/seats left at any location for an inordinate length of t

This website uses cookies and similar technologies.
We do this to understand how visitors use our site, improve your experience, and provide content we think might interest you. For more information see our **Privacy Statement**

ANI is the only authorized source/seller of Tickets. Tickets may not be offered for sale, sold or rented through/to third party resellers including, but not limited to, ticket brokers, travel agents, hospitality entities or scalpers. The sale, resale or other transfer of Tickets for a value in excess of face value is prohibited by the Agreement and is also restricted by Georgia law, O.C.G.A. § 43-4B-25, et seq. Tickets may not be used for advertising or promotional purposes (such as prizes, raffles, auctions, contests, or sweepstakes). Tickets may not be sold, transferred, rented, or packaged in conjunction with any other thing of value, including hospitality services, home rental, or other products or services. Any Ticket obtained in contravention of these provisions will not be honored, and Holder shall be subject to the permanent loss of Tickets.

The purchase of tickets does not entitle Ticket Purchaser to receive future Tournament tickets and no rights of renewal, expectation or property rights exist or should be implied.

The Ticket Purchaser is responsible for explaining all provisions of the Ticket Agreement to any subsequent user or Holder of the Ticket ("Ticket Holder" or "Holder"), and is responsible for the conduct of any such Ticket Holder. A Ticket Holder is subject to all terms of the Ticket Agreement and ticket policies.

By entering onto the grounds of ANI, Holder agrees to assume all risk and danger arising from attendance, including risks associated with COVID-19. Holder releases and holds harmless ANI, its affiliates, directors, officers, employees, volunteers, agents and all Tournament officials and participants, from any claims of liability, including claims based on their alleged negligence, arising from the Agreement or Holder's attendance at the Tournament, all as set forth in the Agreement.

ANI and such third parties it may authorize are granted permission to use, without compensation, videotape, film, photographs or other images or likenesses of Ticket Purchaser and Holder.

Images of Augusta National Golf Club or the Masters Tournament or data obtained with cameras, videos, and/or audio devices or other means cannot be used for

This website uses cookies and similar technologies.

We do this to understand how visitors use our site, improve your experience, and provide content we think might interest you. For more information see our **Privacy Statement**

✕

broadcast, publication or any commercial purposes under any circumstances.

For security and safety purposes, Ticket Purchaser and Holder consent to the reasonable inspection of his/her person and property, including electronic scanning, before entering and/or on the grounds. Refusal of such an inspection or possession of prohibited items will result in exclusion/removal from the Tournament and the grounds and Ticket Purchaser's permanent loss of the Ticket(s).

For player safety and protection, there is a NO AUTOGRAPH POLICY enforced on the golf course during Practice and Tournament days. Autograph seeking is only allowed in areas adjacent to the Practice Range and on the Par 3 course during the Par 3 Contest.

Appropriate clothing/shoes should be worn at all times.

PROHIBITED ITEMS
*Electronic devices (Cell phones, Laptops, Tablets, Beepers, and other electronics), including devices with recording and/or transmission capability
Radios/TVs/Noise or Music producing Devices/Two way or other talk radios
**Cameras
Weapons of any kind (regardless of permit)
Chairs with pointed ends, Folding armchairs, or Rigid type chairs
Flags/Banners/Signs
Strollers
Food, Beverage, or Coolers
Golf Shoes with metal spikes
Ladders, Periscopes or Selfie Sticks
Backpacks, Bags, and Purses larger than 10" X 10" X 12" (in its natural state)

* Devices such as fitness tracking band and electronic watches are permitted. However, the use of such devices for phone calls, emails, text messaging and other photo, video or data recording and/or transmission is prohibited.

** Cameras (still photography/personal use only) are allowed on Practice Round

This website uses cookies and similar technologies.
We do this to understand how visitors use our site, improve your experience, and provide content we think might interest you. For more information see our **Privacy Statement**

days - Monday, Tuesday and Wednesday.

Note: The Masters Tournament Committee may prohibit other items at its discretion.
**All items are subject to search.**

**ELECTRONIC DEVICES (INCLUDING PHONES, LAPTOPS, TABLETS, AND BEEPERS) ARE STRICTLY PROHIBITED ON THE GROUNDS AT ALL TIMES. ANY DEVICE BEING USED TO RECORD AND/OR TRANSMIT VOICE, VIDEO, OR DATA IS STRICTLY PROHIBITED. CAMERAS ARE STRICTLY PROHIBITED ON TOURNAMENT DAYS.**

Any dispute or claim of any kind between any Holder, or any Holder's executors, administrators, heirs, successors, assigns and any other person who could assert a claim by or through Holder, on the one hand, and any ANI Parties, on the other hand, relating to or arising out of this Agreement or the relationship of the parties created hereby or from attendance at the Tournament, whether sounding in tort, contract or otherwise ("Disputes"), shall be governed by the terms and provisions of this paragraph. Georgia law will govern any Disputes, the substance, interpretation and performance of this Agreement, and the relationship between such parties without giving effect to conflict of law principles. Disputes shall be brought exclusively in a court of appropriate jurisdiction located in Richmond County, Georgia, unless arbitrated as provided below. Any claim for damages within the jurisdictional amount of the Richmond County Civil & Magistrate Courts, 735 James Brown Blvd., Suite 1400, Augusta, Georgia ("Small Claims Courts"), shall be brought exclusively in one of said courts. Any claim outside of the jurisdiction of the Small Claims Courts shall be resolved exclusively by arbitration under the Federal Arbitration Act, as amended, in accordance with the applicable rules of the American Arbitration Association, with the site of the arbitration to be within Richmond County, Georgia. No claim of any kind may be brought except by a party individually, and no claim may be aggregated in a class action or otherwise with claims of others. Holder waives the right to claim any form of punitive, exemplary, consequential, or indirect damages.

FAILURE TO OBSERVE ANY OF THE TERMS OR PROVISIONS HEREOF OR ANY TOURNAMENT POLICIES MAY RESULT IN THE HOLDER'S REMOVAL OR EXCLUSION FROM THE TOURNAMENT AND THE ORIGINAL TICKET PURCHASER'S PERMANENT LOSS OF TICKETS.

**This website uses cookies and similar technologies.**

We do this to understand how visitors use our site, improve your experience, and provide content we think might interest you. For more information see our **Privacy Statement**