IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOLF TRAVEL, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>JOSEPH MULLINS, MULLINS SPORTS AND ENTERTAINMENT, LLC, JOHN DOE 1-10, ABC CORP 1-20,<br><br>   Defendants. | CASE NO.: 1:21-CV-63 |

## MOTION TO FILE DOCUMENTS UNDER SEAL

COME NOW Defendants and file this Motion to file documents under seal, pursuant to the Agreed Protective Order (Doc. 31) and L.R. 79.7, showing the Court the following:

1. Pursuant to the Parties Agreed Protective Order, information produced during discovery could be marked as confidential. Similarly, deposition testimony could be designated as confidential. Doc. 31 ¶¶ 2, 5.

2. Pursuant to the protective order, before filing any documents that were designated confidential, the Parties must present a motion to file the documents under seal. *Id.* ¶ 11.

3. The protective order further provides that its restrictions shall continue after termination of the case. *Id.* ¶ 13.

4. Plaintiff marked invoices sent between the Parties as confidential during the course of discovery.

1

5. The Parties agreed that the deposition testimonies of Defendant Joseph Mullins and Plaintiff's owner Ian Jack should be designated as confidential since both discussed documents that had been designated as confidential.

6. Defendants filed a Motion for Summary Judgment on January 4, 2023, and the confidential invoices, referred to as Exhibit F in that Motion, and transcripts are essential to consideration of Defendants' Motion.

7. Copies of the invoices and transcripts will be provided to the Clerk's Office.

8. Thus, Defendants request to file the documents under seal pursuant to the Parties protective order.

**Wherefore**, Defendants pray that the Court will grant Defendants' Motion.

Respectfully submitted this 5th day of January 2023.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOLF TRAVEL, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH MULLINS, MULLINS SPORTS AND ENTERTAINMENT, LLC, JOHN DOE 1-10, ABC CORP 1-20,<br><br>    Defendants. | CASE NO.: 1:21-CV-63 |

**CERTIFICATE OF SERVICE**

This is to certify that the within and foregoing **Motion to file Documents under Seal** was served upon the following parties in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system, by email, or by depositing a copy in the United States Mail with adequate postage thereon to:

John T. Sparks, Sr.
John B. Austin
Austin & Sparks, P.C.
2974 Lookout Place, N.E.
Atlanta, Ga 30305
jsparks@austinsparks.com
jaustin@austinsparks.com

This 5th day of January 2023.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com