IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GOLF TRAVEL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-063 |
| | ) | |
| JOSEPH MULLINS; MULLINS SPORTS AND ENTERTAINMENT, LLC; JOHN DOE 1-10; and ABC CORP 1-20, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At the parties' request, the Court held a telephone conference on February 2, 2023, to discuss the possibility of resolving this case through mediation. (See doc. no. 61.) The parties have now informed the Court a private mediation has been scheduled for April 25, 2023. Therefore, as discussed on February 2nd, and with the agreement of the parties, as a matter of administrative efficiency, the motions to seal and for summary judgment are **DENIED WITHOUT PREJUDICE**, (doc. nos. 51, 53), with the right to refile in their current form should the mediation not prove successful. In accordance with Local Rule 79.7(c), the Court **DIRECTS** the **CLERK** to return to Defendants the materials that were submitted with the motion to seal.

The Augusta Press filed a motion to intervene, seeking access to the documents relied upon in the motion for summary judgment that were the subject of the motion to seal. (Doc. no. 59.) Counsel for The Augusta Press participated in the February 2nd conference and agreed

that because none of the documents originally sought to be sealed are now under consideration by the Court or admitted as part of the summary judgment record, the right to access the documents sought to be sealed is not currently in dispute. Accordingly, the Court **GRANTS** the motion to intervene to the extent The Augusta Press sought to oppose the motion to seal. However, as that motion, as well as the summary judgment motion, have now been denied without prejudice, the relief requested by The Augusta Press is **MOOT**.

SO ORDERED this 13th day of February, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA