IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOLF TRAVEL, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH MULLINS; MULLINS SPORTS AND ENTERTAINMENT, LLC; JOHN DOE 1-10; ABC CORP 1-20;<br><br>    Defendants. | Civil Action File<br><br>No.: 1:21-cv-00063-JRH-BKE<br><br>**Jury Trial Demanded** |

**CONSENT MOTION TO STAY CASE PENDING SETTLEMENT**

COME NOW Plaintiff Golf Travel, LLC, ("Plaintiff") and Defendants Joseph Mullins and Mullins Sports and Entertainment, LLC ("Defendants"), by and through their undersigned counsel of record, and hereby respectfully file this Consent Motion to Stay Case Pending Settlement showing this Honorable Court the following:

1. Plaintiff and Defendants reached a negotiated settlement of this matter containing various terms, including that the mutual, general release to be executed by the parties will be effective 100-days following the settlement consideration (the "Effective Date").

2. Defendants by this Consent Motion withdraw their Motion for Summary Judgment.

3. The parties request that the Court enter an Order staying this action through and including the Effective Date, at which time, Plaintiff will file a Dismissal with Prejudice.

THEREFORE, the Parties jointly request that the Court enter an Order staying this case through and including the Effective Date.

– 1 –

– 2 –

This 1st day of June 2023.

                                            AUSTIN & SPARKS, P.C.
                                            By:    */s/ John T. Sparks, Sr.*
                                                        John T. Sparks, Sr.
                                                        Georgia Bar No. 669575
                                                        Attorneys for Plaintiff

2974 Lookout Place, N.E., Suite 200
Atlanta, Georgia 30305-3272
404-869-0100 / 404-869-0200 (fax)
jsparks@austinsparks.com

                                            FRAILS & WILSON LLC
                                            By:    */s/ Randy Frails*
                                                        Randolph Frails
                                                        Georgia Bar No. 272729
                                                        Tameka Haynes
                                                        Georgia Bar No. 453026
                                                        Attorneys for Defendants

211 Pleasant Home Road, Suite A1
Augusta, Georgia 30907
Phone: 706-855-6715
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOLF TRAVEL, LLC, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) |
| | ) No. 1:21-cv-00063-JRH-BKE |
| JOSEPH MULLINS; MULLINS SPORTS | ) |
| AND ENTERTAINMENT, LLC; JOHN | ) **JURY TRIAL DEMANDED** |
| DOE 1-10; ABC CORP 1-20, | ) |
| | ) |
|    Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the **CONSENT MOTION TO STAY PENDING SETTLEMENT** to counsel of record listed below via electronic mail through ECF, and that ECF will send an e-notice of the electronic filing to the following:

   Randolph Frails, Esq.
   Tameka Haynes, Esq.
   Frails & Wilson
   211 Pleasant Home Road, Suite A1
   Augusta, GA 30907
   *randyfrails@frailswilsonlaw.com*
   *thaynes@frailswilsonlaw.com*

      Respectfully submitted this 1st day of June 2023.

                      AUSTIN & SPARKS, P.C.

                      By:    */s/John T. Sparks, Sr.*
                               John T. Sparks, Sr.
2974 Lookout Place, Suite 200            Georgia Bar No. 669575
Atlanta, Georgia 30305-3272             Attorneys for Plaintiff
(404) 869-0100 / (404) 869-0200 Facsimile
jsparks@austinsparks.com