IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOLF TRAVEL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action File |
| JOSEPH MULLINS; MULLINS SPORTS AND ) | |
| ENTERTAINMENT, LLC; JOHN DOE 1-10; ABC ) | No.: 1:21-cv-00063-JRH-BKE |
| CORP 1-20; ) | |
| ) | |
| Defendants. ) | **Jury Trial Demanded** |
| ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through its counsel of record, and as provided in the settlement agreement with respect to this matter and as ordered by the Court hereby authorizes and directs the Clerk of Court to mark the above-styled action "Dismissed With Prejudice" upon the docket and records of the Court.

This 17th day of October 2023.

                                                   AUSTIN & SPARKS, P.C.

                                                   By:    */s/ John T. Sparks, Sr.*
                                                                John T. Sparks, Sr.
                                                                Georgia Bar No. 669575
                                                                Attorney for Plaintiff

2974 Lookout Place, N.E., Suite 200
Atlanta, GA 30305
404-869-0100 / 404-869-0200 Fax
jsparks@austinsparks.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOLF TRAVEL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) |
| | ) No. 1:21-cv-00063-JRH-BKE |
| JOSEPH MULLINS; MULLINS SPORTS | ) |
| AND ENTERTAINMENT, LLC; JOHN | ) **JURY TRIAL DEMANDED** |
| DOE 1-10; ABC CORP 1-20, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the **Dismissal With Prejudice** to counsel of record listed below via electronic mail through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Randolph Frails, Esq.
Tameka Haynes, Esq.
Frails & Wilson
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

Respectfully submitted this 17th day of October 2023.

    AUSTIN & SPARKS, P.C.
By: */s/John T. Sparks, Sr.*
    John T. Sparks, Sr.
    Georgia Bar No. 669575
    Attorneys for Plaintiff

2974 Lookout Place, Suite 200
Atlanta, Georgia 30305-3272
(404) 869-0100, (404) 869-0200 Facsimile
jsparks@austinsparks.com