IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
GOLF TRAVEL, LLC,                *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *     CV 121-063
                                 *
JOSEPH MULLINS; MULLINS SPORTS   *
AND ENTERTAINMENT, LLC; JOHN     *
DOE 1-10; and ABC CORP 1-20,     *
                                 *
     Defendants.                 *
```

O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 71.) Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss a case without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, however, Defendants filed an answer to both the original and amended complaints. (Docs. 8, 15.) Therefore, Rule 41(a)(1)(A)(i) is not a proper mechanism for Plaintiff to voluntarily dismiss this case. Even if Plaintiff's notice is construed as a stipulation of dismissal under Rule 41(a)(1)(A)(ii), it would still be insufficient because it is not signed by all parties that have appeared in this case. (See Doc. 71, at 1); Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by

all parties who have appeared."). Nevertheless, because the Parties already notified the Court they reached a settlement and that Plaintiff would file a dismissal with prejudice by a given date (Doc. 69), any deficiency in the format of Plaintiff's motion is excused.

Based on the foregoing, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of October, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA